218 So.2d 902

**LEVINGSTON SUPPLY COMPANY, Inc.**

**v.**

**AMERICAN EMPLOYERS' INSURANCE COMPANY et al.**

No. 49632.

Feb. 24, 1969.

In re: United Bonding Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, First. Circuit, Parish of East Baton Rouge. 216 So.2d 158.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.